# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION


KIMBERLY D. IAMES                                                    PLAINTIFF

v.                                   Case No. 2:17-CV-2138

NANCY A.  BERRYHILL,
Acting Commissioner,
Social Security Administration                                       DEFENDANT


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case

is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42

U.S.C. § 405(g).

IT IS SO ADJUDGED this 28th day of June, 2018.



/s/ P. K. Holmes, III
_____
    P. K. HOLMES, III
    CHIEF U.S. DISTRICT JUDGE